**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

### Distribution of Instructions & Forms for Pro Se Parties in U.S & Private Civil Cases

```
_X_  Acknowledgment and Notice of Appearance
_X_  Docketing Notice
_X_  Docket Report
_X_  How to Appeal Your Civil Case
_X_  How to Appeal as a Pro Se Party
_X_  Form D-P
_X_  T-1080 Form
___  Financial Affidavit
_X_  Local Rule 24.1 Statement
_X_  Certificate of Service
_X_  Format Motion
_X_  Format Brief
_X_  Format Appendix
_X_  Pro Se Scheduling Notification
_X_  Oral Argument Statement (Local Rule 34.1(a))
_X_  Form 6 Certificate of compliance
___  Form 7 Declaration of Inmate Filing (only if detained/incarcerated)
```