NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Commodity Futures Trading Commission v. Alexandre       Docket No.: 25-632

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Conor B. Daly

Firm: Commodity Futures Trading Commission

Address: 1155 21st Street, NW, Washington, DC 20581

Telephone: (202) 834-9752       Fax: (202) 418-5567

E-mail: cdaly@cftc.gov

**Appearance for:** Commodity Futures Trading Commission
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Douglas Snodgrass, Commodity Futures Trading Commission )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Conor B. Daly

Type or Print Name: Conor B. Daly

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

COMMODITY FUTURES TRADING
COMMISSION,

    *Plaintiff-Appellee*,

  v.

EDDY ALEXANDRE and
EMINIFX, INC.,

    *Defendants*,

PIERRE ACLUCHE,

    *Appellant.*

No. 25-0632

## CERTIFICATE OF SERVICE

I, Conor B. Daly, hereby certify that on March 27, 2025, I have caused a copy of

the Notice of Appearance for Substitute, Additional, or Amicus Counsel to be

served on counsel of record through the Court's CM/ECF system.

I further certify that I caused a copy of the Notice of Appearance for Substitute,

Additional, or Amicus Counsel to be served by certified mail upon the following:

                                 Pierre Acluche
                                 905 Hines Ave
                                 Lehigh Acres, FL 33972

Dated: March 27, 2025

                                 /s/ Conor B. Daly
                                 Conor B. Daly