UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-five,

Commodity Futures Trading Commission,

    Plaintiff - Appellee,

ABC,

    Plaintiff,

v.

Pierre Acluche,

    Appellant,

Eddy Alexandre, DEF, Eminifx Inc.,

    Defendants,

United States of America,

    Intervenor.

**ORDER**
Docket No. 25-632

    A notice of appeal was filed on February 20, 2025. The Appellant's Form D-P due March 6, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective April 23, 2025, if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

