# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Commodity Futures Trading Commission v. Alexandre et al     Docket No.: 25-632

Lead Counsel of Record (name/firm) or Pro se Party (name): PIERRE ACLUCHE

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.  The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.  Please change the following parties' designations:
  Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: PIERRE ACLUCHE
Firm: 
Address: 905 Hines Ave, Lehigh Acres, FL 33972
Telephone: (239) 297-6209          Fax: 
Email: pmacluche@gmail.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: /s/ Pierre Acluche
Type or Print Name: PIERRE ACLUCHE
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT |||
|---|---|---|
| CASE TITLE<br>Commodity Futures Trading Commission<br>v.<br>Alexandre et al | DISTRICT<br>Southern District of New York | DOCKET NUMBER<br>1:22-cv-03822-VEC |
| | JUDGE<br>Judge Valerie E. Caproni | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT<br>Pierre Acluche |

Check the applicable provision:
☐ I am ordering a transcript.
☑ I am not ordering a transcript.

Reason for not ordering a transcript:
☐ Copy is already available
☑ No transcribed proceedings
☐ Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT    ☐ Funds    ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
☐ PREPARE TRANSCRIPT OF TRIAL
☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
☐ OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE<br>*/s/ Pierre Acluche* | DATE<br>March 6, 2025 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Commodity Futures Trading Commission

**CERTIFICATE OF SERVICE***

Docket Number: 25-632

v.

Alexandre et al

I, Pierre Acluche (print name), hereby certify under penalty of perjury that on April 28, 2025 (date), I served a copy of Acknowledgment and Notice of Appearance Form and Form D-P

(list all documents)

by (select all applicable)**

___ Personal Delivery   **X** United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   **X** E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Conor Daly | cdaly@cftc.gov | | | |
| David Allen Castleman | dcastleman@otterbourg.com | | | |
| Eddy Alexandre | P.O. Box 1000 | White Deer | PA | 17887 |
| Benjamin Torrance | benjamin.torrance@usdoj.gov | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 28, 2025
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

PIERRE MEDOUZE
905 HINES AVE
LEHIGH ACRES, FL 33972

THURGOOD MARSHALL UNITED STATES COURTHOUSE
ATT: Clerk's Office (REF. 25-632)
40 Foley Square
New York, NY 10007

U.S. POSTAGE PAID
FCM LG ENV
LEHIGH ACRES, FL
APR 28, 2025
$1.77
S2323Y501925-42

Retail
RDC 99
10007

