# 25-632

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

Commodity Futures Trading Commission,
  Plaintiff-Appellee,

v.

Eddy Alexandre and EminiFX, Inc.,
  Defendants,

Pierre Acluche,
  Appellant.

---

On Appeal from the United States District Court
for the Southern District of New York, No. 22-cv-03822-VEC

**PLAINTIFF-APPELLEE'S
PROPOSED BRIEF SCHEDULING NOTIFICATION**

> Meghan Tente
>  *Acting General Counsel*
> Anne Stukes
>  *Acting Deputy General Counsel*
> Conor Daly
>  *Counsel*
> Commodity Futures Trading Commission
> 1155 21st Street, N.W.
> Washington, DC 20581
> (202) 834-9752
> cdaly@cftc.gov

Dated May 14, 2025

In accordance with Local Rule 31.2 (a)(1)(B), Plaintiff-Appellee herein submits its proposed briefing schedule. This proposal is submitted 9 days from Appellant filing the certificate that no transcript with be ordered (May 5, 2025). Plaintiff-Appellee respectfully requests June 28, 2025 as the deadline for filing their brief on appeal.

        Respectfully submitted,

        Meghan Tente
         *Acting General Counsel*
        Anne Stukes
         *Acting Deputy General Counsel*
        Conor Daly
         *Counsel*
        <u>*/s/ Conor Daly*</u>
        Commodity Futures Trading Commission
        1155 21st Street, N.W.
        Washington, D.C. 20581
        (202) 834-9752
        cdaly@cftc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May 2025, I have caused a copy of the foregoing to be served through the Court's CM/ECF system.

I further certify that I caused a copy of the foregoing to be served by certified mail upon the following:

Pierre Acluche
905 Hines Avenue
Lehigh Acres, FL 33972

Dated: May 14, 2025

*/s/ Conor Daly*
Conor Daly