**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 21, 2025<br>Docket #: 25-632<br>Short Title: Commodity Futures Trading Commission v. Alexandre | DC Docket #: 1:22-cv-3822<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Valerie E. Caproni |

# NOTICE OF DEFECTIVE FILING

On March 31, 2025 the Brief and Appendix, on behalf of the Appellant Pierre Acluche, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
\_\_**X**\_\_ **Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)* NOTE: Please serve to the Court 6 paper copies of the Brief and 6 paper copies of the Appendix.**
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
\_\_**X**\_\_ **Failure to file special appendix *(Local Rule 32.1)***
\_\_**X**\_\_ **Defective cover *(FRAP 32)***
 \_\_**X**\_\_ **Incorrect caption *(FRAP 32)* NOTE: the caption must be identical to the one in the Court of Appeals docket.**
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____	Untimely filing
_____	Incorrect Filing Event
__X_____	**Other: Due to the Appendix having 423 pages, a Special Appendix must also be submitted.**

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than June 11, 2025. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8525.