**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 5, 2026
Docket #: 25-632
Short Title: Commodity Futures Trading Commission v. Alexandre

DC Docket #: 1:22-cv-3822
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Valerie E. Caproni

## NOTICE OF SUBMISSION DATE
## FOR DETERMINATION OF APPEAL

**Submission Date:** Monday, March 9, 2026

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.