UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand twenty-six,

_____

| | |
|---|---|
| Commodity Futures Trading Commission, | **ORDER** |
| | Docket No. 25-632 |
| Plaintiff - Appellee, | |
| ABC, | |
| Plaintiff, | |
| v. | |
| Pierre Acluche, | |
| Appellant, | |
| Eddy Alexandre, DEF, Eminifx Inc., | |
| Defendants, | |
| United States of America, | |
| Intervenor. | |

_____

Appellant, *pro se*, moves for oral argument in this appeal set for Monday, March 9, 2026.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court