# 25-632

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Commodity Futures Trading Commission,

                               Plaintiff-Appellee,

v.

Pierre Acluche,

                               Appellant,

Eddy Alexandre, DEF, EminiFX, Inc.,

                               Defendants,

United States of America,

                               Intervenor.

On Appeal from the United States District Court
for the Southern District of New York, No. 22-cv-03822-VEC

## APPELLEE COMMODITY FUTURES TRADING COMMISSION'S NOTICE OF RESUMPTION OF APPROPRIATIONS

                               Tyler Badgley
                                 *General Counsel*
                               Anne Stukes
                                 *Acting Deputy General Counsel*
                               Margaret Aisenbrey
                                 *Senior Assistant General Counsel*
                               Commodity Futures Trading Commission
                               1155 21st Street, NW
                               Washington, DC  20581
                               (816) 960-7749

Dated February 27, 2026        maisenbrey@cftc.gov

Appellee the Commodity Futures Trading Commission ("CFTC"), hereby responds to Appellant's Motion for Leave to Supplement the Record and for Judicial Notice on DOJ Memorandum ("Motion"). The CFTC does not oppose this Court taking judicial notice of the DOJ Memorandum attached to Appellant's Motion, which this Court may do. Fed. R. Evid. 201(b)(2).

However, Appellant makes arguments in his Motion that focus on the issue of the receiver's liquidation of digital assets.[1] As more fully discussed in the CFTC's brief, that liquidation is not at issue in this appeal, where Appellant attempted to intervene well after it occurred. Rather, the question in this appeal is whether the District Court abused its discretion when it denied Appellant's motion to intervene.

Therefore, the CFTC respectfully submits that while the Court may take judicial notice of the relevant DOJ Memorandum, the document does not support Appellant's argument that the District Court abused its discretion when it denied Appellant's motion to intervene.

---

[1] For instance, appellant includes a sentence from the DOJ Memorandum about how victims of digital asset schemes may have experienced calculations of their loss based on the value of their digital assets when the digital asset market was low. (Motion at 4). He declines to include the following sentence, which discusses an evaluation of legislative and regulatory changes to address this concern. (DOJ Memorandum, at 3). In other words, while such loss calculations are regrettable, they are the current state of the law.

Respectfully Submitted,

Dated: February 27, 2026

/s/ Margaret P. Aisenbrey
Senior Assistant General Counsel
U.S. Commodity Futures Trading
 Commission
2600 Grand Blvd., Ste 210
Kansas City, MO 64113
Email: maisenbrey@cftc.gov
Telephone: (816) 960-7700

Attorney for Commodity Futures Trading Commission

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and Second Circuit Rule 27.1(a) because it contains 246 words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a monospaced typeface using 2019 Microsoft Word in Times New Roman 14-point type.

*/s/ Margaret Aisenbrey*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I have caused a copy of the foregoing to be served on counsel of record through the Court's CM/ECF system. I further certify that I caused the foregoing to be sent by certified mail upon the following:

Pierre Acluche
905 Hines Avenue
Lehigh Acres, FL 33972

Eddy Alexandre
Reg. No. 00712-510
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

Dated: February 27, 2026                    */s/ Margaret Aisenbrey*
                                             Margaret Aisenbrey