**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 24, 2026
Docket #: 25-632
Short Title: Commodity Futures Trading Commission v. Alexandre

DC Docket #: 1:22-cv-3822
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Valerie E. Caproni

**NOTICE OF DEFECTIVE FILING**

On March 23, 2026 the Petition for Rehearing, on behalf of the Appellant Pierre Acluche, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
  _____ Missing proof of service
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
\_\_**X**\_\_ **Defective cover** *(FRAP 32)*
  \_\_**X**\_\_ **Incorrect caption** *(FRAP 32)*
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

   **X**    **Other:** <u>**you must include a copy of the summary order with the petition. The caption on the petition must follow the caption indicated on the court's docket report, as shown below. You must serve attorney Benjamin Torrence at email address benjamin.torrance@usdoj.gov.**</u>

**Commodity Futures Trading Commission,**

       **Plaintiff - Appellee,**

  **v.**

**Pierre Acluche,**

       **Appellant.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **April 14, 2026**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8513.