**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand twenty-six,

Present:  Michael H. Park,
     Alison J. Nathan,
     Maria Araújo Kahn,

     Circuit Judges,

---

Commodity Futures Trading Commission,

    Plaintiff - Appellee,

 v.

Pierre Acluche,

    Appellant.

**ORDER**
Docket No. 25-632

---

Appellant Pierre Acluche having filed a petition for panel rehearing and the panel that determined the appeal having considered the request

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

